CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Manuel Grijalva**<br>DOB: 1995; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>24-03573MJ |

Complaint for violation of Title 18, United States Code, § 554(a)

On or about July 19, 2024, in the District of Arizona, **Manuel Grijalva** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: two (2) black Pioneer Arms 7.62x39 caliber Ak-47 style rifles and two (2) 7.62x39 caliber magazines, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On July 19, 2024, **Manuel Grijalva** attempted to exit the United States and enter the Republic of Mexico through the Mariposa Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped **Grijalva**, who was the driver, sole occupant, and registered owner of a maroon Dodge Ram 1500 bearing Arizona License plate 8TA8TA. CBP Officers asked **Grijalva** if he had any weapons, ammunition, or currency more than $10,000 dollars to declare. **Grijalva** stated that he did not. CBPOs referred the vehicle to secondary inspection wherein a trained odor sniff canine conducted an open-air sniff around the vehicle. The canine gave a positive alert indicating the presence of contraband. CBPOs searched the vehicle and discovered two (2) black Pioneer Arms 7.62x39 caliber AK-47 style rifles found zip-tied to the undercarriage of the vehicle. CBPOs also discovered two (2) 7.62x39 caliber magazines on the passenger side of the center console underneath the carpet.

In a post-*Miranda* interview and with the assistance of a translator, **Grijalva** stated he purchased the rifles in Tucson four days prior. **Grijalva** admitted knowing the rifles were inside his vehicle and was bringing the rifles to his ranch in Mexico. **Grijalva** admitted knowing it was illegal to bring firearms into Mexico, but he was attempting it because he knew he could get away with it. **Grijalva** does not have a license to transport firearms.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY AUSA *Raquel Arellano*  RAQUEL ARELLANO *Digitally signed by RAQUEL ARELLANO Date: 2024.07.22 09:04:38 -07'00'* | SIGNATURE OF COMPLAINANT<br>WANN L REED *Digitally signed by WANN L REED Date: 2024.07.22 09:21:48 -07'00'* |
|---|---|
| Sworn by telephone   x | OFFICIAL TITLE<br>HSI Special Agent Wann L. Reed |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 22, 2024 |

1) See Federal Rules of Criminal Procedure Rules 3, 4, 4.1, and 54

24-03573MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

The firearms and magazines found in **Grijalva's** vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **Grijalva** did not produce an export license.

