GARY M. RESTAINO
United States Attorney
District of Arizona
SARAH B. HOUSTON
Assistant U.S. Attorney
State Bar No. 026691
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: sarah.houston@usdoj.gov
Attorneys for Plaintiff

FILED

2024 AUG 14  PM 3:17

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR24-05212 TUC-JCH(MAA)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. |
| Plaintiff, | **I N D I C T M E N T** |
| vs. | VIO: 18 U.S.C. § 554(a)<br>(Smuggling Goods from<br>the United States) |
| Manuel Grijalva, | |
| Defendant. | 18 U.S.C. § 924(d);<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

On or about July 19, 2024, in the District of Arizona, Defendant MANUEL GRIJALVA knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is two (2) Pioneer Arms, model Sporter, 7.62x39mm caliber rifles and two (2) 7.62x39mm caliber magazines, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819, and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 554(a).

**FORFEITURE ALLEGATION**

Upon conviction of the Indictment, the defendant, MANUEL GRIJALVA, shall forfeit to the United States any firearms involved in the commission of the offense and any property constituting an item that is intended to be exported, pursuant to Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c); and Title 50, United States Code, Section 4819(d)(1)(C), including, but not limited to: two (2) Pioneer Arms, model Sporter, 7.62x39mm caliber rifles bearing serial numbers PAC24PL20937 and PAC23PL15503 and two (2) 7.62x39mm caliber magazines.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

//
//
//
//
//
//
//
//
//
//
//
//

*United States of America v. Manuel Grijalva*
*Indictment Page 2 of 3*

All pursuant to Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c); Title 50, United States Code, Section 4819(d)(1)(C); and Rule 32.2(a), Federal Rules of Criminal Procedure.

                                        A TRUE BILL

                                        /s/
                                        FOREPERSON OF THE GRAND JURY
                                        Dated: August 14, 2024

GARY M. RESTAINO                         REDACTED FOR
United States Attorney                   PUBLIC DISCLOSURE
District of Arizona

/s/
SARAH B. HOUSTON
Assistant U.S. Attorney

*United States of America v. Manuel Grijalva*
*Indictment Page 3 of 3*